# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SCOTT T. BEHLING<br>#664060 | § § § § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-714-S-BH |
| KENNETH CRISSUP, et al. | § § § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 19. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's action will be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

SIGNED September 7, 2022.

**UNITED STATES DISTRICT JUDGE**